**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:12-CR-00282-1-BCW |
| | ) | |
| WENDELL D. ISAAC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. #62) granting Defendant Wendell D. Isaac's Motion for Examination to Determine Competency (Doc. #51). Neither party filed objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Larsen's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #62), Defendant's Motion for Examination to Determine Competency (Doc. #51) is GRANTED. The Court finds Defendant competent to stand trial and to assist in his defense. It is further

ORDERED that Magistrate Judge Larsen's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.


DATED: <u>April 25, 2014</u>                    /s/ Brian C. Wimes
                                          JUDGE BRIAN C. WIMES
                                          UNITED STATES DISTRICT COURT